AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| JAMES LAFORTE | ) | Case Number: DPAE2:23CR000198-005 |
| | ) | USM Number: 60824-050 |
| | ) | Thomas S. Mirigliano, Esquire |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)  1, 21, 29, 52, and 58  of the amended second superseding Indictment.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| **Title & Section** | **Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|---|
| 18 U.S.C. § 1962(d) | Racketeering conspiracy | 5/23/2023 | 1 |

The defendant is sentenced as provided in pages 2 through  9  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)  2-20, 22, 28, 50, 53, 54, 55, 57, and 59  ☐ is  ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 13, 2025
Date of Imposition of Judgment

*[signature]*
Signature of Judge

KEARNEY, J.
Name and Title of Judge

March 13, 2025
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page  2  of  9

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. §§ 78j(b) and 78ff, 17 U.S.C. § 240.10b-5 & 18 U.S.C. § 2 | Securities fraud and aiding and abetting | 5/23/2023 | 21 |
| 18 U.S.C. § 894(a) | Use of extortionate means to collect an extension of credit | 3/31/2020 | 29 |
| 18 U.S.C. §§ 1505 and 2 | Obstruction of proceedings and aiding and abetting | 3/6/2023 | 52 |
| 18 U.S.C. § 1513(b)(1) | Obstruction of justice (retaliation) | 3/6/2023 | 58 |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

Judgment — Page 3 of 9

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
one hundred and thirty-seven (137) months on each of counts one, twenty-one, twenty-nine, and fifty-eight (1, 21, 29, 58) and sixty (60) months as to count fifty-two (52), all such terms to run concurrently, to produce a total term of one hundred and thirty-seven (137) months.

☑ The court makes the following recommendations to the Bureau of Prisons:
the Defendant be designated to FMC Devens. This sentence run consecutive to any sentence imposed in 23-cr-443-7 currently pending the Eastern District of New York.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
☐ at _____ ☐ a.m. ☐ p.m. on _____ .
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
　　　　　　　　　　　 Sheet 3 — Supervised Release

Judgment—Page 4 of 9

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

three (3) years as to each of counts one, twenty-one, twenty-nine, fifty-two, and fifty-eight (1, 21, 29, 52, 58), all such terms to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
                      Sheet 3A — Supervised Release

Judgment—Page __5__ of __9__

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

### U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.


Defendant's Signature _____    Date _____

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
                     Sheet 3D — Supervised Release

Judgment—Page __6__ of __9__

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

## SPECIAL CONDITIONS OF SUPERVISION

1. The Defendant shall provide the U.S. Probation Office with full disclosure of his financial records to include yearly income tax returns upon the request of the U.S. Probation Office. and shall cooperate with the probation officer in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

2. The Defendant is prohibited from incurring any new credit charges or opening additional lines of credit without the approval of the probation officer unless he is in compliance with a payment schedule for any fine or restitution obligation.

3. The Defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the fine or restitution obligation or otherwise has the express approval of the Court.

4. The Defendant shall be placed on home confinement for a term of twelve (12) months as soon as practicable upon release from custody. He shall remain confined to his approved residence except for medical, legal, religious and employment purposes as approved by the probation officer. The Defendant shall submit to the method of monitoring as determined by the U.S. Probation Office to ensure compliance with home confinement.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page  7  of  9

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Restitution     | Fine    | AVAA Assessment* | JVTA Assessment** |
|--------|------------|-----------------|---------|------------------|-------------------|
| TOTALS | $ 500.00   | $ 2,488,645.00  | $ 0.00  | $ 0.00           | $ 0.00            |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---------------|---------------|---------------------|------------------------|
| See Attached  |               |                     |                        |

| TOTALS | $ 0.00 | $ 0.00 |
|--------|--------|--------|

☑ Restitution amount ordered pursuant to plea agreement $ 2,488,645.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

  ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JAMES LAFORTE
CASE NUMBER: DPAE2:23CR000198-005

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

  ☐ not later than _____ , or
  ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

The special assessment and restitution are due immediately. It is recommended the Defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program and provide minimum payments of $25 a quarter. To the extent the special assessment is not paid in full upon release from custody, the remaining balance shall be satisfied within 90 days. Payments should be made payable to Clerk, U.S. District Court, for distribution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| See page 9 | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
$2,488,645.00 per separate forfeiture Order.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

## ADDITIONAL DEFENDANTS AND CO-DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| Joseph LaForte 23-cr-198-01 | to be determined | $2,488,645.00 | |
| Joseph Cole Barleta 23-cr-198-4 | to be determined | $2,488,645.00 | |
| Perry Abbonizio 23-cr-10-1 | to be determined | $2,488,645.00 | |

James Laforte Restitution Chart

| INVESTOR | CBSG ADDRESS | PRINCIPAL OWED | PRO RATA SHARE | DISTRIBUTION TO DATE | OUTSTANDING PRINCIPAL |
|---|---|---|---|---|---|
| ABFP Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 18,324,690.00 | 0.0454 | $ 5,444,982.00 | $ 12,879,708.00 |
| ABFP Income Fund 2 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 6,641,800.00 | 0.0165 | $ 3,961,290.00 | $ 2,680,510.00 |
| ABFP Income Fund 3 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 27,904,000.00 | 0.0691 | $ 11,884,565.00 | $ 16,019,435.00 |
| ABFP Income Fund 4 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 20,631,150.00 | 0.0511 | $ 9,375,652.56 | $ 11,255,497.44 |
| ABFP Income Fund 6 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 17,125,074.00 | 0.0424 | $ 8,746,300.34 | $ 8,378,773.66 |
| AGM Capital Fund | 5260 Merrick Road Massapequa, NY 11758 | $ 44,660,465.58 | 0.1106 | $ - | $ 44,660,465.58 |
| AGM Capital Fund 2 | 5260 Merrick Road Massapequa, NY 11758 | $ 13,194,274.97 | 0.0327 | $ - | $ 13,194,274.97 |
| Alan C. | | $ 692,857.00 | 0.0017 | | $ 692,857.00 |
| Albert C. | | $ 15,500,000.00 | 0.0384 | $ - | $ 15,500,000.00 |
| Albert E.C. | | $ 175,000.00 | 0.0004 | $ - | $ 175,000.00 |
| Alvin Holdings | 6029 Mendota Dr. Plano, TX 75024 | $ 600,000.00 | 0.0015 | $ - | $ 600,000.00 |
| Blue Stream Income Fund | 11535 SW 67th Ave Portland, OR 97223 | $ 1,899,950.00 | 0.0047 | $ 784,583.49 | $ 1,115,366.51 |
| Cape Cod Income Fund | 104 Crowell Rd Chatham, MA 02633 | $ 1,412,000.00 | 0.0035 | $ 508,710.77 | $ 903,289.23 |
| Capricorn Income Fund | 21 West Front St Suite 300 Media, PA 19063 | $ 18,694,211.16 | 0.0463 | $ 7,398,536.83 | $ 11,295,674.33 |
| Cherie C. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Dakota Joy Holdings ROTH LLC | 205 Heritage Trail N Bellville, TX 77418 | $ 1,500,000.00 | 0.0037 | $ 164,728.82 | $ 1,335,271.18 |
| Dan C. | | $ 1,050,000.00 | 0.0026 | $ 237,238.69 | $ 812,761.31 |
| Daniel O. | | $ 1,700,000.00 | 0.0042 | $ - | $ 1,700,000.00 |
| Daniel S. | | $ 450,000.00 | 0.0011 | | $ 450,000.00 |
| Danielle H. | | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| David W. | | $ 1,600,000.00 | 0.0040 | | $ 1,600,000.00 |

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---:|---:|---:|---:|
| Ed H. | | $ 450,000.00 | 0.0011 | $ 140,155.25 | $ 309,844.75 |
| Equity Trust FBO Patrick Gibbons | 1 Equity Way West Lake, OH 44145 | $ 1,065,000.00 | 0.0026 | | $ 1,065,000.00 |
| Ezra C. | | $ 3,250,000.00 | 0.0081 | $ - | $ 3,250,000.00 |
| Ezra Shehebar LLC (Zudy) | 1407 Broadway Suite 503 New York, NY 10018 | $ 1,600,000.00 | 0.0040 | $ - | $ 1,600,000.00 |
| Fidelis Financial Planning | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 8,305,000.00 | 0.0206 | $ 2,938,946.33 | $ 5,366,053.67 |
| Gamed LLC (Zudy) | 1961 Ocean Parkway Brooklyn, NY 11223 | $ 2,000,000.00 | 0.0050 | $ - | $ 2,000,000.00 |
| Gary N. | | $ 2,000,000.00 | 0.0050 | $ 443,085.06 | $ 1,556,914.94 |
| GEMJ Chehebar (Jojo) | 1407 Broadway, Suite 503 New York, NY 10018 | $ 4,000,000.00 | 0.0099 | $ - | $ 4,000,000.00 |
| GR8 Income Fund | 2232 Page Road, Suite 204 Durham, NC 27703 | $ 1,380,000.00 | 0.0034 | $ 661,076.17 | $ 718,923.83 |
| Isaac Bennet Sales | 1185 Caledonia Rd Toronto, Ontario M6A 2X1 | $ 2,000,000.00 | 0.0050 | $ - | $ 2,000,000.00 |
| Isaac S. | | $ 15,000,000.00 | 0.0372 | $ - | $ 15,000,000.00 |
| Jack T. | | $ 3,000,000.00 | 0.0074 | $ - | $ 3,000,000.00 |
| Jade Fund, LLC | 1423 S. Howard St. Philadelphia, Pa 19147 | $ 201,000.00 | 0.0005 | $ 96,028.54 | $ 104,971.46 |
| Jason C. | | $ 600,000.00 | 0.0015 | | $ 600,000.00 |
| Jax Fund | P.O. Box 143 Gladwyne, PA 19035 | $ 503,000.00 | 0.0012 | $ 212,245.37 | $ 290,754.63 |
| Jose A. | | $ 650,000.00 | 0.0016 | $ 215,343.26 | $ 434,656.74 |
| Josef C. | | $ 2,200,000.00 | 0.0055 | $ - | $ 2,200,000.00 |
| Joseph L. | | $ 750,000.00 | 0.0019 | | $ 750,000.00 |
| Joyce C. | | $ 225,000.00 | 0.0006 | $ - | $ 225,000.00 |
| Karen S. | | $ 675,000.00 | 0.0017 | $ 69,781.68 | $ 605,218.32 |
| Lindsay B. | | $ 325,000.00 | 0.0008 | | $ 325,000.00 |
| LWM Equity Fund | 3087 Innovation Way Hermitage, PA 16148 | $ 1,249,116.80 | 0.0031 | $ 520,880.40 | $ 728,236.40 |
| LWM Income Fund | 3087 Innovation Way Hermitage, PA 16148 | $ 5,168,473.00 | 0.0128 | $ 1,691,291.56 | $ 3,477,181.44 |
| LWM Income Fund 2 | 3087 Innovation Way Hermitage, PA 16148 | $ 886,000.00 | 0.0022 | $ 313,558.80 | $ 572,441.20 |
| Mariner MCA Income Fund | 108 Forest Hill Dr. Mail Stop D-2, Blakeslee, Pa 18610 | $ 4,325,735.00 | 0.0107 | $ 1,733,693.03 | $ 2,592,041.97 |
| Mark M. | | $ 230,000.00 | 0.0006 | $ 65,363.50 | $ 164,636.50 |
| Matthew S. | | $ 100,000.00 | 0.0002 | | $ 100,000.00 |
| MCA Capital Fund | 1080 N Delaware Ave Ste 505 Philadelphia, PA 19125 | $ 600,000.00 | 0.0015 | $ 148,146.00 | $ 451,854.00 |
| MCA Carolina Income Fund | 331 E Main St Suite 200 Rook Hill, SC 29730 | $ 200,000.00 | 0.0005 | $ 94,282.42 | $ 105,717.58 |
| MCA National Fund | 1080 N Delaware Ave Suite 505 Philadelphia, PA 19125 | $ 8,950,000.00 | 0.0222 | $ 3,712,444.24 | $ 5,237,555.76 |
| Mede II Holdings | 555 Prospect St Metuchen, NJ 08840 | $ 300,000.00 | 0.0007 | | $ 300,000.00 |
| Merchant Factoring Income Fund | 234 Mall Blvd Suite 270 King of Prussia, PA 19406 | $ 786,000.00 | 0.0019 | $ 353,944.58 | $ 432,055.42 |
| Merchant Growth Income Funding | 3110 A-Glen Ora Street Austin, TX 78704 | $ 500,000.00 | 0.0012 | $ 229,575.59 | $ 270,424.41 |
| Merchant Services Income Fund | 234 Mall Blvd King of Prussia, PA 19406 | $ 18,018,319.00 | 0.0446 | $ 7,012,917.16 | $ 11,005,401.84 |
| Michael B. | | $ 100,000.00 | 0.0002 | $ 14,797.61 | $ 85,202.39 |
| Michael C. | | $ 3,000,000.00 | 0.0074 | $ - | $ 3,000,000.00 |

| Name | Address | Amount | Rate | Paid | Balance |
|---|---|---|---|---|---|
| Michael K. | | $ 100,000.00 | 0.0002 | | $ 100,000.00 |
| Mid Atlantic MCA Fund | 205 Philadelphia Pike Wilmington, DE 19809 | $ 4,650,500.00 | 0.0115 | $ 1,842,932.83 | $ 2,807,567.17 |
| MK One Income Fund | 373 E Main St Ste 109 Collegeville, PA 19426 | $ 1,629,375.00 | 0.0040 | $ 572,994.56 | $ 1,056,380.44 |
| Nancy S. | | $ 50,000.00 | 0.0001 | $ 69,781.68 | $ (19,781.68) |
| Nashi | 2 N. Nevada Ave. Suite 1100 Colorado Springs, CO 80903 | $ 3,685,000.00 | 0.0091 | $ 724,351.06 | $ 2,960,648.94 |
| Par Equity Lenders | 948 Kilmer Lane Valley Stream, NY 11581 | $ 5,900,000.00 | 0.0146 | $ - | $ 5,900,000.00 |
| Patrick G. | | $ 281,250.00 | 0.0007 | | $ 281,250.00 |
| Pisces Income Fund | 234 Mall Blvd King of Prussia, PA 19406 | $ 14,162,100.00 | 0.0351 | $ 7,055,422.33 | $ 7,106,677.67 |
| RAZR MCA Fund | 205 Heritage Trail N Bellville, TX 77418 | $ 987,300.32 | 0.0024 | $ 434,870.40 | $ 552,429.92 |
| Renee . | | $ 250,000.00 | 0.0006 | $ 62,361.66 | $ 187,638.34 |
| Retirement Evolution (RE) | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 7,000,000.00 | 0.0173 | $ 6,133,010.15 | $ 866,989.85 |
| Retirement Evolution Insure Income Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ 6,750,000.00 | 0.0167 | $ - | $ 6,750,000.00 |
| Richard C. | | $ 1,000,000.00 | 0.0025 | $ - | $ 1,000,000.00 |
| Robert F. | | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| Rosemary C. | | $ 300,000.00 | 0.0007 | | $ 300,000.00 |
| She'erit E. | | $ 1,000,000.00 | 0.0025 | $ - | $ 1,000,000.00 |
| Sherpa 1 Income Fund | 27406 N. 22nd Lane Phoenix, AZ 85085 | $ 11,002,200.00 | 0.0273 | $ 4,175,342.67 | $ 6,826,857.33 |
| Spartan Income Fund | 24 Degas Circle Wilmington, DE 19808 | $ 3,976,600.00 | 0.0099 | $ 1,831,529.00 | $ 2,145,071.00 |
| Steve F. | | $ 250,000.00 | 0.0006 | | $ 250,000.00 |
| Steven C. | | $ 70,000.00 | 0.0002 | $ - | $ 70,000.00 |
| Steven F. | | $ 200,000.00 | 0.0005 | | $ 200,000.00 |
| STFG Income Fund | 1334 Brittmoore Rd. Ste 1318 Houston, Texas 77043 | $ 7,903,980.00 | 0.0196 | $ 3,551,391.70 | $ 4,352,588.30 |
| Tember E. | | $ 1,000,000.00 | 0.0025 | $ 335,696.12 | $ 664,303.88 |
| Titan Holdings LLC | 809 Autumn Breeze Ct Herndon, VA 20170 | $ 5,395,000.00 | 0.0134 | $ 1,758,673.54 | $ 3,636,326.46 |
| Victory Income Fund | 66 E. Golfview Rd. Ardmore, Pa 19003 | $ 940,000.00 | 0.0023 | $ 319,883.01 | $ 620,116.99 |
| VKS Management | 2501 S Tamiami Trail Sarasota, FL 34239 | $ 600,000.00 | 0.0015 | $ 273,714.95 | $ 326,285.05 |
| Wellen Fund I | 1657 The Fairway #194 Jenkintown, PA 19046 | $ 2,654,100.00 | 0.0066 | $ 911,659.30 | $ 1,742,440.70 |
| WorkWell Fund | 1701 Pennsylvania Ave. NW Suite 200 Washington, DC 20006 | $ 502,000.00 | 0.0012 | $ 224,561.28 | $ 277,438.72 |
| | | | 0.0000 | | $ - |
| FAST ADVANCE FUNDING | | | 0.0000 | | $ - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ABFP Multi Strategy Fund | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ | 4,357,000.00 | 0.0173 | $ | 1,402,864.29 | $ | 2,954,135.71 |
| ABFP Multi Strategy Fund 2 | CBSG d/b/a Par Funding Receivership, c/o Timothy A. Kolaya, Esq., Stumphauzer Kolaya Nadler & Sloman, PLLC, 2 South Biscayne Blvd., Suite 1600, Miami, Florida 33131 | $ | 1,600,000.00 | 0.0167 | $ | 99,801.65 | $ | 1,500,198.35 |
| Camaplan FBO William Bromley IRA | 122 East Butler Avenue Suite 100, Ambler, PA 19002 | $ | 125,000.00 | 0.0003 | $ | - | $ | 125,000.00 |
| Tina L. | | $ | 64,000.00 | 0.0002 | $ | - | $ | 64,000.00 |
| | | | | 0.0000 | | | $ | - |
| CAPITAL SOURCE 2000 | | | | 0.0000 | | | $ | - |
| Cheree Aslpin IRA | 122 East Butler Ave Suite 100 Ambler, PA 19002 | $ | 200,000.00 | 0.0005 | $ | - | $ | 200,000.00 |
| AIGP Capital Managent LLC | 99 Aldan Ave #44, Glen Mills, PA 19342 | $ | 1,250,000.00 | 0.0031 | $ | - | $ | 1,250,000.00 |
| Michael Albert (TD Ameritrade) | 6169 Upper York Road New Hope, PA 18938 | $ | 250,000.00 | 0.0006 | $ | - | $ | 250,000.00 |
| William B. | | $ | 50,000.00 | 0.0001 | $ | - | $ | 50,000.00 |
| Christian G. | | $ | 500,000.00 | 0.0012 | $ | - | $ | 500,000.00 |
| Joni M. | | $ | 200,000.00 | 0.0005 | $ | - | $ | 200,000.00 |
| Access Capital Fund | 354 Paoli Woods Dr. Paoli, PA 19301 | $ | 400,000.00 | 0.0010 | $ | - | $ | 400,000.00 |
| David C. | | $ | 75,000.00 | 0.0002 | $ | - | $ | 75,000.00 |
| David Van Horn Equity Trust | Po Box 451340, Westlake, OH 44145 | $ | 25,000.00 | 0.0001 | $ | - | $ | 25,000.00 |
| Freedom Capital Fund | 977 Carol Circle West Chester, PA 19380 | $ | 784,000.00 | 0.0019 | $ | - | $ | 784,000.00 |
| Freedom Capital Fund II | 977 Carol Circle West Chester, PA 19380 | $ | 1,070,000.00 | 0.0027 | $ | - | $ | 1,070,000.00 |
| Freedom Capital Fund III | 977 Carol Circle West Chester, PA 19380 | $ | 3,070,000.00 | 0.0076 | $ | - | $ | 3,070,000.00 |
| Freedom Capital Income Fund, LLC. | 977 Carol Circle West Chester, PA 19380 | $ | 1,430,000.00 | 0.0035 | $ | - | $ | 1,430,000.00 |
| Gary F. | | $ | 100,000.00 | 0.0002 | $ | - | $ | 100,000.00 |
| Lisa Gile Gonzalez IRA | 122 East Butler Ave Suite 100 Ambler, PA 19002 | $ | 203,000.00 | 0.0005 | $ | - | $ | 203,000.00 |
| Hellena Tucker | 517 W Ellet St Philadelphia, PA 19119 | $ | 100,000.00 | 0.0002 | $ | - | $ | 100,000.00 |
| Harold Marcus (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ | 200,000.00 | 0.0005 | $ | - | $ | 200,000.00 |
| Harold Marcus IRA (Cama) | 122 East Butler Pike, Suite 100 Ambler, PA 19002 | $ | 450,000.00 | 0.0011 | $ | - | $ | 450,000.00 |
| Harold Marcus Real Estate Trust (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ | 100,000.00 | 0.0002 | $ | - | $ | 100,000.00 |
| Harold Marcus Roth IRA (Cama) | 122 East Butler Pike, Suite 100 Ambler, PA 19002 | $ | 200,000.00 | 0.0005 | $ | - | $ | 200,000.00 |
| Marcus Family Investments LLC | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ | 1,610,000.00 | 0.0040 | $ | - | $ | 1,610,000.00 |
| Myra Marcus Residual Benefit Trust (RBC Capital) | 1001 City Ave Apt WA605 Wynnewood, PA 19096 | $ | 100,000.00 | 0.0002 | $ | - | $ | 100,000.00 |
| Wilma M. | | $ | 100,000.00 | 0.0002 | $ | - | $ | 100,000.00 |

James Laforte Restitution Chart

| Name | Address | Amount | Rate | | Total |
|---|---|---|---|---|---|
| Howard D. | | $ 350,000.00 | 0.0009 | $ - | $ 350,000.00 |
| Triangle Home Investments (Dunetz) | 1000 Gypsy Hill Rd. Lower Gwynedd, PA 19002 | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Clara F. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| JKG Holdings LLC Attention: James Gile | 2766 S Clayton St. Denver, CO 80210 | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| James M. | | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| Kevin M. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Linda Dale IRA | 122 E Butler Ave Suite 150 Ambler, PA 19002 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Michael A. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Michael M. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Mary Rhoades (TD Ameritrade) | 203 Saul Lane Rose Valley, PA 19063 | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Thomas Musi (Atlantic Community) | 2577 Wayland Road Berwyn, PA 19312 | $ 250,000.00 | 0.0006 | $ - | $ 250,000.00 |
| Wolf Investments Fund | 1212 Baltimore Pike, Suite 270 Chadds Ford, PA 19317 | $ 775,000.00 | 0.0019 | $ - | $ 775,000.00 |
| Elizabeth R. | | $ 200,000.00 | 0.0005 | $ - | $ 200,000.00 |
| Gile Family LLC | 570 Spruce St Aspen, CO 81611 | $ 1,550,000.00 | 0.0038 | $ - | $ 1,550,000.00 |
| RBG Property | 570 Spruce Street Aspen, CO 81611 | $ 3,488,150.00 | 0.0086 | $ - | $ 3,488,150.00 |
| Robert G. | | $ 185,000.00 | 0.0005 | $ - | $ 185,000.00 |
| Robert Gile CPA Profit Sharing | 570 Spruce Street Aspen, CO 81611 | $ 956,800.00 | 0.0024 | $ - | $ 956,800.00 |
| Tributary Income | 570 Spruce St Aspen, CO 81611 | $ 2,050,000.00 | 0.0051 | $ - | $ 2,050,000.00 |
| Stephen Wittmer IRA | 122 East Butler Ave(Pike), Suite 100 Ambler, PA 19002 | $ 300,000.00 | 0.0007 | $ - | $ 300,000.00 |
| American Abstract (Thomas Musi) | 21 W. 3rd Street Media, PA 19063 | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Thomas F. | | $ 150,000.00 | 0.0004 | $ - | $ 150,000.00 |
| Thomas Feeney IRA (Cama) | 122 East Butler Ave(Pike) Suite 100 Ambler, PA 19002 | $ 50,000.00 | 0.0001 | $ - | $ 50,000.00 |
| Clothier Springs Capital (Millenium Trust) | 305 Clothier Springs Road Pheonix, PA 19460 | $ 500,000.00 | 0.0012 | $ - | $ 500,000.00 |
| Jeffrey C. | | $ 100,000.00 | 0.0002 | $ - | $ 100,000.00 |
| Pebble Spring | 200 W Elm St Unit 1223 Conshohocken, PA 19428 | $ 800,000.00 | 0.0020 | $ - | $ 800,000.00 |
| **Total Restitution** | | **$ 403,655,471.83** | | | **$ 302,700,484.60** |